IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE LAVOIE-FERN, et al.,** | : | Civil No. 1:21-CV-1245 |
| **Plaintiffs,** | : | |
| v. | : | |
| **THE HERSHEY COMPANY,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

**O R D E R**

**AND NOW**, this 11th day of July, 2022, upon consideration of Defendant The Hershey Company's motion to dismiss Plaintiffs' claims for failure to state a claim (Doc. 8), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED.**

*s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge